# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| G. BRUCE SEWELL, as Guardian Ad Litem of J.T., a minor,<br><br>Plaintiff,<br><br>v.<br><br>BOPPY COMPANY, LLC,<br><br>Defendant. | Case No. CIV-25-208-RAW |

## ORDER

Before the court is the Order, Report and Recommendation issued by United States Magistrate Judge on December 17, 2025 [Docket No. 27], allowing the parties to engage in discovery limited to the issue of whether this court has personal jurisdiction over the Defendant. Magistrate Judge Jackson gave a deadline of Monday, February 16, 2026 for completion of the jurisdictional discovery. On December 23, 2025, the Defendant filed a motion to extend the time to complete the jurisdictional discovery. Docket No. 28. Within the motion, the Defendant states that it will not file an objection to the Order, Report and Recommendation. Accordingly, the Order, Report and Recommendation [Docket No. 27] is hereby affirmed and adopted as this court's findings and order. Magistrate Judge Jackson has granted the Defendant's motion for extension of time by minute order. Docket No. 29. The new deadline for the jurisdictional discovery is Tuesday, March 3, 2026.

**IT IS SO ORDERED** this 30th day of December, 2025.

_____
THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA